IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE GARDNER, ETC., <br> Plaintiff, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br> Defendant. | Civil Action No. 07-1187 |

ORDER OF COURT

AND NOW this 18 day of September, 2007, before the court is the parties' Joint Motion to Stay Present Lawsuit [document #3] pending a decision by the Third Circuit Court of Appeals on a related matter, the resolution of which may resolve the instant case. Therefore, we will refrain from ruling on the outstanding motion and, in the interest of judicial economy, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc:   All Counsel of Record