# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE GARDNER, as Administratrix of the Estate of Sharon Ann Gardner, deceased as Assignee of Kevin Harper, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 07-CV-01187 |
| v. | ) ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | **ELECTRONICALLY FILED** |

## ORDER OF COURT

AND NOW, this _3_ day of December, 2008, IT IS HEREBY ORDERED that

the motion to dismiss filed by defendant State Farm Fire and Casualty Company is GRANTED

and the instant case is hereby dismissed with prejudice.

BY THE COURT,

_____, J.

United States District Judge